## Sharlene Miller

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Wednesday, April 19, 2017 12:28 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Richard B. Klock, Case Number: 13-03748, RNO, Ref: [p-106872011] |
| Attachments: | B_P113037483180W0123.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

April 20, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Richard B. Klock, Case Number 13-03748, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

---

Undeliverable Address:
SELECT PORTFOLIO SERVICING, INC.
3815 South West Temple
Salt Lake City, UT 84115

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 3217 DECKER LAKE DR, WEST VALLEY CITY UT 84119-3284 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

4/19/2017

_3217 Decker Lake Dr._
_West Valley City, UT 84115-3284_

Undeliverable Address:
ELIZABETHTOWN REGIONAL SEWER AUTHOR
5 MUNICIPAL DRIVE
ELIZABETHTOWN, PA 17022

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
_143 E. Harrisburg Ave._
_Elizabethtown PA 17022_

Undeliverable Address:
ROSANN KLOCK

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
_Can't find address_

_____    Date: 4/20/17
Signature of Debtor or Debtor's Attorney

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Total Control Panel                                                              Login

To: gary.imblum@imblumlaw.com          Message Score: 1              High (60): Pass
From: usbankruptcycourts@noticingcenter.com    My Spam Blocking Level: Low    Medium (75): Pass
                                                                     Low (90): Pass
                                       Block this sender
                                       Block noticingcenter.com

This message was delivered because the content filter score did not exceed your filter level.

4/19/2017